UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE ROBERT COX,

Case No. 22-cv-07361-PJH

**ORDER OF DISMISSAL**

This case was opened when plaintiff, a Louisiana state prisoner proceeding pro se, wrote a letter to the court.  In an effort to protect his rights, it was filed as a new case.  Plaintiff has now filed a notice stating that he did not intend to file a case and seeks to voluntarily dismiss this action.  Docket No. 4.  This case is therefore **DISMISSED** without prejudice pursuant to Fed. R. Civ. P. 41(a).  No fee is due.

**IT IS SO ORDERED.**

Dated: January 3, 2023

                 */s/ Phyllis J. Hamilton*
PHYLLIS J. HAMILTON
United States District Judge